[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-12162

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 27, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00153-CV-4-SPM/AK

PIONEER MILITARY LENDING OF GEORGIA, INC.,

Plaintiff-Appellant,

versus

BILL MCCOLLUM,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(March 27, 2007)**

Before EDMONDSON, Chief Judge, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

Pioneer Military Lending of Georgia ("PMLG") appeals the district court's

denial of its motion for a preliminary injunction. Before the district court, PMLG

sought to enjoin the state of Florida from investigating its lending practices and subpoenaing its documents on the grounds that such regulatory activity violated the Commerce Clause. PMLG argued that since its loans were limited to non-residents of Florida, the state's interest in regulating PMLG loans was insufficient to justify the burden on PMLG's unique lending practices. Finding that PMLG had failed to demonstrate a substantial likelihood of success on the merits, the district court denied their motion.

The grant or denial of a preliminary injunction is a decision within the discretion of the district court. *Carillon Importers, Ltd. v. Frank Pesce Intern. Group, Ltd.,* 112 F.3d 1125, 1126 (11th Cir. 1997) (per curiam). Our review of this decision is extremely narrow in scope and we will reverse only if there is a clear abuse of discretion. *Id.* Furthermore, we pay no attention to the merits of the controversy beyond that necessary to determine the presence or absence of such an abuse of discretion. *Id.* We find that PMLG has failed to demonstrate that reversal is warranted under this extremely deferential standard of review. Accordingly, we affirm the decision below.

**AFFIRMED.**